USDC SDNY
DOCUMENT
ELECTRONIC...
D...
11/13/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

MINO JONES F/K/A REGINALD JONES,
                        Plaintiff,

        -v-

NANCY A. BERRY HILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.

-------------------------------------------------------------X

19 **CIVIL** 4504 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2019, that the final decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         November 13, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court
                              BY:

                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019